UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BEVERLY JEFFRIES,**

        **Plaintiff(s),**        CASE NUMBER: 09-12137
                                       HONORABLE VICTORIA A. ROBERTS

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 17, 2010, Magistrate Judge Charles E. Binder submitted a Report and Recommendation (Doc. #19) recommending that the Court: (1) DENY Plaintiff's Motion for Summary Judgment (Doc. #8); and (2) GRANT Defendant's Motion for Summary Judgment (Doc. #18).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's motion is **DENIED**; Defendant's motion is **GRANTED**.

    **IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: March 9, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Beverly Jeffries by electronic means or U.S. Mail on March 9, 2010.

s/Carol A. Pinegar
Deputy Clerk